| AO-10 (WP) Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2004** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)* |

| **1. Person Reporting** *(Last name, first, middle initial)* Payne, Robert E. | **2. Court or Organization** United States District Court Eastern District of Virginia, Richmond Division | **3. Date of Report** 08/12/05 |
|---|---|---|
| **4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* Article III Judge - Active | **5. Report Type** (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ___ Final | **6. Reporting Period** 01/01/04 to 12/31/04 |
| **7. Chambers or Office Address** 1000 E. Main Street, Suite 345 Richmond, Virginia 23219 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X   NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X   NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| 1 | 2004 | Northwestern Mutual Ins. - Interest on policy | $ 20,250 |
| 2 | 2004 | Prudential Ins. - Interest on policy | $ 6,150 |
| 3 | | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| 1 | 2004 | ▓▓▓▓▓▓▓▓ e Trusts | |
| 2 | | | |

RECEIVED 2005 AUG 6 A 11:09 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS    transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children.  See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| **NONE**  (No such reportable reimbursements.) | |
| Pittsburgh Intellectual Property Law Assoc. | Speaker at the Associations Annual Dinner - airfare to and from Pittsburgh, PA; lodging; meals; taxis; airport parking - Approximately $1,200 |

## V.  GIFTS. *(Includes those to spouse and dependent children.  See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| **X**  **NONE**  (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI.  LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| **X**  **NONE**  (No reportable liabilities.) | | |
| | | |
| | | |
| | | |

Value Codes:   J=$15,000 or less      K=$15,001-$50,000      L=$50,001-$100,000      M=$100,001-$250,000
N=$250,001-$500,000      O=$500,001-$1,000,000      P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000      P3=25,000,001-50,000,000      P4=50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/12/05 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| Smith Barney Mgd. Mun. Fund | A | Int | J | T | | | | | |
| Smith Barney IRA Rollover Mgd. Acct-48 | NA* | NA* | N | T | See Attachment VIIA | | | | |
| Smith Barney IRA Rollover Mgd Acct-49 | NA* | NA* | M | T | See Attachment VIIB | | | | |
| Ninth & Cary Assoc. | A/D | Other | NA | NA | See Attachment VIIC | | | | |
| American Funds IRA | NA* | NA* | L | T | See Attachment VIID | | | | |
| American Funds IRA | NA* | NA* | L | T | See Attachment VIID | | | | |

*An IRA does not generate income even if the stocks within the IRA are sold at a gain or pay dividend. There is, therefore, no income to report in the IRA. Nor is a gain or a dividend tax deferred income. However, Attachment VIIB sets forth under the heading "B" entries reflecting dividends and interest paid within the IRA and under the heading "D" entries reflecting gains within the IRA.

| Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

ATTACHMENT VII A

This is a Smith Barney Rollover IRA account (SEM) (48). The assets in it are purchased and sold, along with the assets of many others who hold similar accounts, in the discretion of the account managers at the brokerage firm. However, I have the authority to veto a particular purchase if it would create a conflict of interest in a pending action over which I am presiding at the time of purchase.

This IRA account has been reported every year since 1992 (the initial report) in a method authorized by the Committee's staff (e.g. letter to Judge Magill dated October 8, 1997). That authorized method reported no details on individual stocks in the IRA account. I continue to believe that the approved format used since 1992 is appropriate. However, by letter dated October 29, 1997, Judge Magill advised that "it would be helpful if you provided transaction information (the date and value code) for each purchase or sale of each asset in the account." Although that information is not, I think, required, it is being provided to be helpful. Hence, the format for reporting on this IRA account differs from that used in the years from 1992 through 1997.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/12/05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) ALL STOCKS COMMON | | | | STOCKS HELD AS OF 12/31/04 | | | | | |
| 18 Abbott Labs. | A | Div | J | T | | | | | |
| 19 Am. Intl. Gp | A | Div | J | T | | | | | |
| 20 Amgen Inc. | NA | NA | J | T | | | | | |
| 21 Auto. Data Proc. Inc. | A | Div | K | T | | | | | |
| 22 Bk. New York | A | Div | J | T | | | | | |
| 23 Carnival Corp | A | Div | K | T | | | | | |
| 24 Chevron/Texaco Corp | A | Div | J | T | | | | | |
| 25 Colgate Palmolive Co. | NA | NA | J | T | Buy | 3/2 | J | NA | |
| 26 Colgate Palmolive Co. | NA | NA | J | T | Buy | 3/11 | J | NA | |
| 27 Comcast Corp | NA | NA | J | T | | | | | |
| 28 Dell Inc. | NA | NA | J | T | | | | | |
| 29 Engineered Supp. Sys. Co. | NA | NA | J | T | Buy | 3/2 | J | NA | |
| 30 Engineered Supp. Sys. Co. | NA | NA | J | T | Buy | 3/11 | J | NA | |
| 31 General Elec. Co. | A | Div | K | T | | | | | |
| 32 Home Depot Inc. | A | Div | J | T | | | | | |
| 33 IAC Interactive Corp. | NA | NA | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Payne, Robert E. | 08/12/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| ALL STOCKS COMMON | | | STOCKS HELD AS OF 12/31/04 | | | | | | |
| Intel Corp. | A | Div | J | T | | | | | |
| Johnson & Johnson | A | Div | J | T | | | | | |
| Juniper Networks Inc. | NA | NA | J | T | Buy | 11/10 | J | NA | |
| Eli Lily & Co. | A | Div | J | T | | | | | |
| WTS Lucent Tech. | NA | NA | J | Other | | | | | |
| Medtronic Inc. | A | Div | J | T | | | | | |
| Microsoft Corp. | NA | NA | J | T | | | | | |
| Omnicom Grp Inc. | A | Div | J | T | | | | | |
| Oracle Corp | NA | NA | J | T | | | | | |
| Pfizer Inc. | A | Div | J | T | | | | | |
| St. Paul Travellers Cos. | A | Div. | J | T | | | | | |
| St. Paul Travellers Cos. | A | Div | J | T | Buy | 3/3 | J | NA | |
| Sysco Corp | A | Div | J | T | | | | | |
| Texas Inst. Inc. | NA | NA | J | T | | | | | |
| Time Warner Inc. | NA | NA | J | T | | | | | |
| Viacom, Inc. | A | Div | J | T | | | | | |

Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/12/05 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| ALL STOCKS COMMON. | | | | | STOCKS | HELD | AS | OF | 12/31/04 |
| Walgreen Co. | A | Div | J | T | | | | | |
| Weyerhauser Co. | NA | NA | J | J | | | | | |
| ALL STOCKS COMMON | | | | | STOCKS | SOLD | IN | 2004 | |
| Elec. Data Sys. Corp. | NA | NA | NA | NA | Sell | 2/26 | J | A | |
| Elec. Data Sys. Corp. | NA | NA | NA | NA | Sell | 2/24 | J | A | |
| Elec. Data Sys. Corp. | NA | NA | NA | NA | Sell | 2/27 | J | A | |
| Bank One Corp. | NA | NA | NA | NA | Sell | 1/15 | J | C | |
| Engineered Supp. Sys. | NA | NA | NA | NA | Sell | 8/18 | J | NA | |
| Hospira Inc. | NA | NA | NA | NA | Sell | 6/24 | J | A | |
| Merck & Co. | A | Div | NA | NA | Sell | 11/2 | J | A | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

ATTACHMENT VII B

This is a Smith Barney Rollover IRA account (SBAM) (49). In December 1998, the manager of the account was changed, hence the change in designation from "GSB" (the manager since 1992) to SBAM (the new manager effective December 1998). The assets in it are purchased and sold, along with the assets of many others who hold similar accounts, in the discretion of the account managers at the brokerage firm. However, I have the authority to veto a particular purchase if it would create a conflict of interest in a pending action over which I am presiding at the time of purchase.

This IRA account has been reported every year since 1992 (the initial report) in a method authorized by the Committee's staff (e.g. letter to Judge Magill dated October 8, 1997). That authorized method reported no details for individual stocks in the IRA account. I continue to believe that the approved format used since 1992 is appropriate. However, by letter dated October 29, 1997, Judge Magill advised that "it would be helpful if you provided transaction information (the date and value code) for each purchase or sale of each asset in the account." Although that information is not, I think, required, it is being provided to be helpful. Hence, the format for reporting on this IRA account differs from that used in the years from 1992 through 1997.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/12/05 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g, div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g, buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| ALL STOCKS COMMON | | | | | STOCKS | HELD | AS | OF 12/31/04 | |
| 2 Nabors Ind. Ltd. | NA | NA | J | T | Buy | 11/30 | J | NA | |
| 3 Noble Corp. | NA | NA | J | T | Buy | 11/30 | J | NA | |
| 4 AT&T Corp. | A | Div | J | T | Buy | 7/30 | J | NA | |
| 5 Alcoa, Inc. | A | Div | J | T | | | | | |
| 6 Am. Exp. Co. | A | Div | J | T | | | | | |
| 7 Am. Int'l Gp. Inc. | NA | NA | J | T | | | | | |
| 8 Am. Int'l Gp. Inc. | NA | NA | J | T | Buy | 11/29 | J | A | |
| 9 Avery Dennison | A | Div | J | T | | | | | |
| 10 BP PLC | A | Div | J | T | | | | | |
| 11 Bank New York | NA | NA | J | T | | | | | |
| 12 Comcast Corp. | NA | NA | J | T | | | | | |
| 13 Comcast Corp. | NA | NA | J | T | Buy | 4/5 | J | NA | |
| 14 Comverse Tech. Inc. | NA | NA | J | T | | | | | |
| 15 Glaxosmithkline PLC | A | Div | J | T | Buy | 2/18 | J | NA | |
| 16 Goldman Sachs Gp. Inc. | A | Div | J | T | | | | | |
| 17 Hewlett Packard Co. | A | Div | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/12/05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 ALL STOCKS COMMON | | | | | STOCKS | HELD | AS OF | 12/31/04 | |
| 19 Honeywell Intl Inc. | A | Div | J | T | | | | | |
| 20 Intl. Bus. Mach. Corp | NA | NA | J | | | | | | |
| 21 Intl. Bus. Mach. Corp | NA | NA | J | T | Buy | 7/12 | J | A | |
| 22 Intl Paper Co. | A | Div | J | T | | | | | |
| 23 JP Morgan Chase & Co | A | Div | J | T | | | | | |
| 24 JP Morgan Chase & Co | NA | NA | J | T | Buy | 10/19 | J | NA | |
| 25 Johnson & Johnson | A | Div | J | T | | | | | |
| 26 Keyspan Corp. | A | Div | J | T | | | | | |
| 27 Kimberly Clark Corp | A | Div | J | T | | | | | |
| 28 Kroger Co. | NA | NA | J | T | Buy | 3/18 | J | NA | |
| 29 Kroger Co. | NA | NA | J | T | Buy | 8/4 | J | NA | |
| 30 Lexmark Intl Gp. | NA | NA | J | T | Buy | 10/26 | J | NA | |
| 31 Liberty Media Corp | NA | NA | J | T | | | | | |
| 32 Merrill Lynch & Co. | A | Div | J | T | | | | | |
| 33 Microsoft Corp. | A | Div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/12/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 ALL STOCKS COMMON. | | | | | STOCKS | HELD | AS OF | | 12/31/04 |
| 35 Morgan Stanley | NA | NA | J | T | | | | | |
| 36 Newell Rubbermaid | A | Div | J | T | | | | | |
| 37 News Corp. | NA | NA | J | T | | | | | |
| 38 Nokia Corp. | NA | NA | J | T | Buy | 7/15 | J | NA | |
| 39 JC Penney Co. Inc. | A | Div | J | T | Buy | 11/10 | J | NA | |
| 40 Raytheon Co. | A | Div | J | T | Buy | 11/3 | J | NA | |
| 41 Pfizer Inc. | A | Div | J | T | | | | | |
| 42 Pfiizer Inc. | NA | NA | J | T | Buy | 12/16 | J | NA | |
| 43 Royal Dutch Petro | A | Div | J | T | | | | | |
| 44 SBC Comm. | A | Div. | J | T | | | | | |
| 45 St. Paul Travellers Cos. | A | Div | J | T | | | | | |
| 46 Schering Plough Corp. | NA | NA | J | T | | | | | |
| 47 Solectron Corp. | NA | NA | J | T | | | | | |
| 48 Time Warner Inc. | NA | NA | J | T | | | | | |
| 49 Total SA Spons ADR | A | Div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Payne, Robert E. | Date of Report<br>08/12/05 |
|---|---|---|

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| ALL STOCKS COMMON | | | | | STOCKS | HELD | AS OF | | 12/31/04 |
| Verizon Comm. | NA | NA | J | T | | | | | |
| Washington Mutual Inc. | A | Div | J | T | | | | | |
| Wyeth | A | Div | J | T | | | | | |
| Wyeth | A | Div | J | T | Buy | 3/31 | J | T | |
| | | | | | | | | | |
| ALL STOCKS COMMON | | | | | STOCKS | SOLD | IN | 2004 | |
| Alcoa Inc. | A | Div | J | T | Sell | 2/17 | J | A | |
| Alcoa Inc. | A | Div | J | T | Sell | 9/29 | J | A | |
| Ameren Corp (ATT Wireless) | NA | NA | J | T | Sell | 2/5 | J | B | |
| Ameren Corp (ATT Wireless) | NA | NA | J | T | Sell | 10/15 | J | A | |
| Bank New York | A | Div | J | T | Sell | 2/21 | J | B | |
| Bank New York | A | Div | J | T | Sell | 7/1 | J | A | |
| Bank New York | A | Div | J | T | Sell | 10/19 | J | A | |
| BP PLC | A | Div | J | T | Sell | 11/4 | J | A | |
| Capital One | A | Div | J | T | Sell | 5/28 | J | A | |

Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Payne, Robert E. | 08/12/05 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions _(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| _Place "(X)" after each asset exempt from prior disclosure._ | Amt. Code1 (A-H) | Type (e.g., div, rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No repo table income, assets, or t ansactions) | | | | | | | | | |
| **ALL STOCKS COMMON** | | | | | STOCKS | SOLD | IN | 2004 | |
| Chevron/Texaco | A | Div | J | T | Sell | 2/17 | J | NA | |
| Chevron/Texaco | A | Div | J | T | Sell | 10/22 | J | A | |
| Chevron/Texaco | A | Div | J | T | Sell | 10/21 | J | A | |
| Fed. Dept Store | A | Div | J | T | Sell | 3/18 | J | B | |
| Fleetboston Finl | A | Div | J | T | Sell | 2/9 | J | A | |
| Hartford Finl Svc. Gp. | A | Div | J | T | Sell | 12/4 | J | A | |
| HCA Inc | A | Div | J | T | Sell | 8/18 | J | NA | |
| HCA Inc | A | Div | J | T | Sell | 11/3 | J | NA | |
| HCA Inc. | A | Div | J | T | Sell | 11/5 | J | NA | |
| HCA Inc | A | Div | J | T | Sell | 11/2 | J | NA | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/12/05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 8 ALL STOCKS COMMON | | | | | STOCKS | SOLD | IN | 2004 | |
| 9 Hewlett Packard Inc. | A | Div | J | T | Sell | 11/3 | J | NA | |
| 20 Home Depot Inc | A | Div | J | T | Sell | 3/18 | J | B | |
| 21 JP Morgan Chase | A | Div | J | T | Sell | 7/12 | J | NA | |
| 22 JP Morgan Chase | A | Div | J | T | Sell | 2/9 | J | NA | |
| 23 Kimberly Clark Corp | A | Div | J | T | Sell | 1/13 | J | A | |
| 24 Kimberly Clark Corp | A | Div | J | T | Sell | 10/19 | J | A | |
| 25 Kraft Foods Inc. | A | Div | J | T | Sell | 5/14 | J | A | |
| 26 Kraft Foods Inc. | A | Div | J | T | Sell | 5/25 | J | A | |
| 27 Liberty Media Intl | NA | NA | J | T | Sell | 6/16 | J | A | |
| 28 Liberty Media Intl | NA | NA | J | T | Sell | 7/12 | J | A | |
| 29 McDonalds Corp | A | Div | J | T | Sell | 3/8 | J | A | |
| 30 McDonalds Corp | A | Div | J | T | Sell | 3/18 | J | B | |
| 31 MGM Mirage | NA | NA | J | T | Sell | 1/20 | J | C | |
| 32 Morgan Stanley Corp | A | Div | J | T | Sell | 2/9 | J | NA | |
| 33 Neenah Paper Inc. | NA | NA | J | T | Sell | 12/2 | J | A | **Spin-off |

(p. 7)

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 08/12/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 ALL STOCKS COMMON. | | | | | STOCKS | SOLD | IN 2004 | | |
| 35 Neenah Paper Inc. | NA | NA | J | T | Sell | 12/9 | J | A | Spin-off** |
| 36 Nisource Inc. | NA | NA | J | T | Sell | 11/12 | J | A | Spin-off** |
| 37 Pfizer Inc. | A | Div | J | T | Sell | 12/17 | J | NA | |
| 38 Progress Energy Inc. | A | Div | J | T | Sell | 8/5 | J | A | |
| 39 Safeway Inc. | A | Div | J | T | Sell | 7/12 | J | A | |
| 40 Safeway Inc. | A | Div | J | T | Sell | 12/20 | J | NA | |
| 41 Schering Plough | NA | NA | J | T | Sell | 7/12 | J | NA | |
| 42 Solectron Corp. | NA | NA | J | T | Sell | 9/21 | J | A | |
| 43 Sun Microsys. Inc. | A | Div | J | T | Sell | 10/15 | J | A | |
| 44 Transocean Inc. | A | Div. | J | T | Sell | 1/12 | J | NA | |
| 45 Transocean Inc. | A | Div | J | T | Sell | 2/20 | J | NA | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |

**Neenah Paper was a spin-off from Kimberly Clark Corp. rcvd and sold at same time.

---

1 Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

**ATTACHMENT VII C**

In 1987, while a member of McGuire, Woods, Battle & Boothe (the "Law Firm"), I, like all other equity partners then in the Law Firm, became a limited partner in Ninth & Cary Associates Limited Partnership ("NCA"), a Virginia limited partnership. NCA is a limited partner in One James Center Associates, a Virginia limited partnership that owns the office building in Richmond, Virginia known as "One James Center" and its associated parking deck.

I never had any participation in the management of NCA. I am entitled, however, to a share of the proceeds receivable by NCA from One James Center Associates upon the occurrence of certain transactions such as refinancing or sale of the real estate owned by One James Center Associates. In 2004, I received passive income from NCA of $6329.00 and net income of $11.00. My share (which in 2004 was 1.337%) is, in large part, determined by prior years' service at the Law Firm as an equity partner. That share is expected to decrease over time because of my withdrawal from the Law Firm. It is not possible to affix a value to this inchoate interest in NCA.

**ATTACHMENT VII D**

As reported in Section VII, Lines 8 and 9, ██████████ I each have an IRA with The American Funds, Mutual funds over which we have no say and the holdings of which we do not know.

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

---

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date _August 12, 2005_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544